UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ANDREW MILLER,**

      Plaintiff,

v.                        Civil Action No. 2:15-01581

**MARGARET CLIFFORD, Lt., and
JOHN DOE, Officer,**

      Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, filed on June 29, 2017, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that defendants' motion for summary judgment (ECF No. 16) be, and hereby is, granted. Accordingly, it is hereby ORDERED that this matter is dismissed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: July 27, 2017

John T. Copenhaver, Jr.
United States District Judge